**RECEIVED**

JUN 29 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Pro Se 11 (Rev. 22/06/2006 Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_Eastern_ District of _Missouri_

_Eastern_ Division

Kevin Ray Pelot

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

NURSE "Katie"
-v- CPL · John Doe
Sheriff Jeff KRITES
(ACH) ADVANCED CORRECTIONAL HealthInc
St. Francois County, Sheriff's Dept.
St. Francois County
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Defendants

NURSE KATIE(LAST NAME UNKNOWN)

CPL JOHN DOE(NAME UNKNOWN)( 4-11" WITH MOUSTACHE)

SHERIFF JEFF CRITES-INDIVIDUAL AND OFFICIAL CAPACITY

ADVANCED CORRECTIONAL HEALTHCARE INC.(ACH)

ST. FRANCOIS COUNTY SHERIFF'S DEPARTMENT

ST. FRANCOIS COUNTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN PELOT |
| Address | 50 HIGHLEY COURT; APARTMENT 5 |
| | DESLOGE            MO            63628 |
| | *City*            *State*            *Zip Code* |
| County | ST. FRANCOIS COUNTY |
| Telephone Number | 5739523397 |
| E-Mail Address | KEVINPELOT13@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NURSE "KATIE"-INDIVIDUAL |
| Job or Title *(if known)* | JAIL MEDICAL STAFF/ JAIL MEDICAL ADMINISTRATOR/JAIL Al |
| Address | ST. FRANCOIS COUNTY JAIL; 1550 DOUBET ROAD |
| | FARMINGTON            MO            63640 |
| | *City*            *State*            *Zip Code* |
| County | ST. FRANCOIS COUNTY |
| Telephone Number | 5737563252 |
| E-Mail Address *(if known)* | UNKNOWN(USES INTERNAL JAIL SYSTEM) |

☑ Individual capacity     ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CPL. JOHN DOE#1(APPX 4-11", MOUSTACHE) |
| Job or Title *(if known)* | CORPORAL D.O./ C.O. POSSIBLE DEPUTY SHERIFF |
| Address | ST. FRANCOIS COUNTY JAIL; 1550 DOUBET ROAD |
| | FARMINGTON            MO            63640 |
| | *City*            *State*            *Zip Code* |
| County | ST. FRANCOIS |
| Telephone Number | 5737563252 |
| E-Mail Address *(if known)* | NO PUBLIC EMAIL |

☑ Individual capacity     ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | JEFFREY S. CRITES |
| Job or Title *(if known)* | SHERIFF |
| Address | 1550 DOUBET ROAD |
| | FARMINGTON    MO    63640 |
| | *City*        *State*    *Zip Code* |
| County | ST FRANCOIS |
| Telephone Number | 5737563252 |
| E-Mail Address *(if known)* | SFCSO@FRANKCOMO.ORG |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | ADVANCED CORRECTIONAL HEALTHCARE,INC.(ACH) |
| Job or Title *(if known)* | JAIL MEDICAL CONTRACTOR |
| Address | 2055 W. BELMONT AVE. |
| | CHICAGO    IL    60618 |
| | *City*        *State*    *Zip Code* |
| County | COOK CO. (IL) |
| Telephone Number | 8476083100 |
| E-Mail Address *(if known)* | INFO@ADVANCEDCH.COM |

☐ Individual capacity    ☐ Official capacity

*see additional page*

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Violation of my 14th Amendment rights as a pretrial detainee, including deliberate indifference to serious medical needs, denial of seizure medication, excessive force, unconstitutional conditions of confinement, retaliation for exercising my rights, and conditions amounting to cruel and unusual punishment, deliberate indifference. and failure to properly train and supervise (MONELL)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. X 5

    Name                St. Francois County Sheriff's Dept.

    Job or Title *(if known)*

    Address

| City | State | Zip Code |
|------|-------|----------|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. X 6

    Name                St. Francois County

    Job or Title *(if known)*

    Address

| City | State | Zip Code |
|------|-------|----------|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐  Federal officials (a *Bivens* claim)

    ☐  State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

St. Francois County Jait

B.    What date and approximate time did the events giving rise to your claim(s) occur?

FEB 11-13 2026         Feb 23 - June 5 2026

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

Section D, Jurisdiction

Nurse Katie acted under color of state law because she was performing her duties as jail medical staff for St Francois County Jail when she denied any medical care and seizure medication. Corporal John Doe acted under color of state law because he was working as a correctional officer for St Francois County Jail when he used force against me and placed me in solitary confinement. Sheriff Crites acted under color of state law because he's the elected sheriff responsible for all jail operations policies and the supervision of staff. ACH acted under color of state law because they contracted with St Francois County to provide medical services inside the jail and perform functions traditionally carried out by the government. The Sheriff's department acted under color of state law because it is a local a government agency responsible for operating the jail and supervising staff. St. Francois County operated under color of state law because it funds oversees and is legally responsible for the operation and policies of the jail.

Section C: Underlying Facts

At the St. Francois County Jail in Farmington, Missouri, despite informing booking officers of my status as a chronic care patient with a critical need for Dilantin, a life-sustaining epilepsy medication I was prescribed and had been taking for 35 years, this information was recorded but never acted upon. I endured two separate confinements, totaling 120 days, without receiving a single dose, even after my medication was brought to the jail. It was rejected due to being expired, with no effort to verify it or provide a substitute. I received no medical observation, blood tests, medication verification, or evaluation for four months. While withdrawal from alcohol or benzodiazepines would have prompted immediate medical attention, my epilepsy medication was ignored. A nurse even wrongly claimed seizures aren't fatal, despite the dangers of status epilepticus. During my second confinement, I spent five days in an observation cell, repeatedly requesting my medication, only to be met with inaction. Fearing for my life after missing ten doses, I declared a medical emergency. Corporal John Doe, a correctional officer, responded by using less-lethal weapons, including Mace to my eye and tasering my arm through a cell chuck-hole, despite me being secured and posing no threat. This was purely in retaliation for seeking medical help. Afterward, my cell window was covered with cardboard for 24 hours, leaving me screaming in pain without intervention or decontamination. When I requested medical treatment, I was denied. The next day, I was briefly moved to a tank before being placed in administrative segregation for 30 days without any conduct violation. This was based on inmate gossip: a dropped phone call led to claims I was "crazy" and talking to myself, which officers used as justification. Despite my assertions that I didn't need protection, I remained in solitary. A requested mental health evaluation was never performed, despite a nurse falsely claiming my segregation was due to a pending state-ordered psychological competency evaluation. Solitary confinement, a recognized form of torture, was used without extreme circumstance. Throughout this ordeal, I was repeatedly denied grievance and medical request forms, forcing me to write handwritten letters of grievance, intent to sue, and preservation for camera footage, all of which were ignored. Witnesses include booking staff, observation officers, inmates in the tank, officers in the bubble, and any staff monitoring booking cameras. Individuals responsible for violating my rights include booking officers, observation officers, Corporal John Doe, officers who covered my cell window, nurses who denied medical care and made false claims, officers and jail administration who relied on gossip for my segregation, and classification staff who kept me in solitary. The St. Francois County Sheriff is liable due to the jail's policies and customs: * Lack of clear rules and regulations for inmates, allowing arbitrary solitary

confinement. * Denial of life-sustaining seizure medication, evidenced by a past inmate death (Billy Ames, 2023) and subsequent loss of federal holdover status. This includes refusing prescription verification, blood tests, doctor visits, and relying on a nurse who falsely claims seizures aren't fatal. * Allowing the use of less-lethal weapons on inmates declaring medical emergencies or seeking help, even when secured. * Covering cell windows to avoid accountability. * Relying on inmate gossip for solitary confinement placements, abusing administrative segregation as punishment. * Refusing grievance and medical request forms, effectively nullifying the grievance system. The Sheriff's failure to train and supervise staff, and implement constitutional policies, directly caused the denial of my medication, the use of force, the covering of my window, refusal of medical care, and retaliatory solitary confinement

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I, As a result of the things that happened to me at St Francois County Jail have suffered physical injuries including: recurring watering, burning, and discomfort in my eye from the mace, lasting vision disturbances, halos around lights, blurred vision, and ongoing light sensitivity that has not fully resolved. I have suffered possible nerve damage in my left arm from being tased while I was secured in a cell. Symptoms include: weakness and tingling, intermittent shooting pains that continue to this day. I have suffered prolonged physical and emotional distress from being denied my life sustaining seizure medication for months causing dizziness confusion headaches waking up in cold sweats and living under the constant fear of going into static epilepticus which is a life threatening seizure condition. I suffered psychological injuries from being mased and tased, while declaring a medical emergency being left covered in mace for 24 hours with no shower, being isolated in solitary confinement for an extended period.( for 30 days) I was told I was crazy and denied a mental health evaluation while being kept in conditions designed to break me down. These psychological injuries including: anxiety, panic attacks, nightmares hyper-vigilance, depression, emotional instability, and ongoing trauma for being tortured, ignored, and abandoned in medical stress. All of these injuries were caused directly by the actions and inactions of the jail staff and the conditions of the St Francois County Jail. I still have not been able to seek medical treatment because I am still currently indigent and do not have medical insurance yet. I cannot afford to see a doctor until I get enough hours at work for insurance.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I'm asking the $750,000 in compensatory damages for the physical injuries psychological injuries pain suffering emotional distress and a violation of my rights caused by what happened to me at the St Francois County Jail i'm requesting $1,250,000 in punitive damages against Street Francois County the St Francois County Sheriff's Department the Sheriff Advanced Correctional Healthcare ACH and the individual officers involved because their actions showed a reckless and deliberate disregard for my health and safety these damages are based on the denial of my seizure medication the use of a mace and taser on me while I was secured posing no threat, being left covered in chemical spray for 24 hours, being placed in solitary confinement for 30 days without a violation, and the long term physical, and psychological harm I continue to suffer. I am also seeking compensation for future medical treatment I will need once I am able to obtain insurance, and see a doctor. I am asking for any other relief the court finds appropriate.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06/27/2026

Signature of Plaintiff

Printed Name of Plaintiff     kevin pelot

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Print     Save As...     Add Attachment     Reset